June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,
Appellant

NO. 14-14-00628-CV                 V.

JERRY CHEATHAM, Appellee

_____

      This cause, an interlocutory appeal from the trial court's order denying appellant The University of Texas Health Science Center at Houston's plea to the jurisdiction, signed July 17, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the trial court's order **REVERSED** and **RENDER** judgment dismissing appellee Jerry Cheatham's claims against appellant for lack of subject matter jurisdiction.

      We further order that all costs incurred by reason of this appeal be paid by appellee.

      We further order this decision certified below for observance.